# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-1095
_____

David B. Triemert

*Plaintiff - Appellant*

v.

Washington County; Sheriff William Hutton; Chief Deputy Sheriff Dan Starry;
Commander Cheri Dexter; Tom McCarthy, Lake St. Croix Beach Mayor; Sheriff's
Deputy Nick Sullivan; John Doe(s); Jane Doe(s)

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: July 7, 2014
Filed: July 22, 2014
[Unpublished]

_____

Before LOKEN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Minnesota resident David Triemert appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his 42 U.S.C. § 1983 complaint raising claims out of incidents connected with his traffic stop and ensuing arrest. Upon careful de novo review, see Minn. Majority v. Mansky, 708 F.3d 1051, 1055 (8th Cir.), cert. denied, 134 S. Ct. 824 (2013), we agree with the district court that dismissal was warranted for the reasons explained in the thorough ruling issued by the court. We also conclude that the district court properly exercised its discretion in declining supplemental jurisdiction over the pendent state-law claims. See Labickas v. Ark. State Univ., 78 F.3d 333, 334-35 (8th Cir. 1996) (per curiam) (following dismissal of federal claims, court may dismiss state law claims without prejudice). Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.